**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| ETHICON, INC., et al. | CASE NO. 3:16-cv-1124-J-39PDB |
| v. | |
| LAURA ANGELINI | |

<u>Counsel for Plaintiffs:</u>
Anthony B. Haller, Esq.
Leigh Ann Buziak, Esq.
Niels P. Murphy, Esq.
Sarah Jeck Hulsberg, Esq.

<u>Counsel for Defendant</u>:
Rachel Cowen, Esq.

**HONORABLE BRIAN J. DAVIS, UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Kayce Reis              Court Reporter: Shelli Kozachenko

### CLERK'S MINUTES

**PROCEEDINGS OF HEARING:**   Motion Hearing

The Court heard argument on Plaintiff's Amended Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 7).

Plaintiff's Amended Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 7) is **TAKEN UNDER ADVISEMENT**.

**Order to enter.**

DATE: September 19, 2016   TIME: 1:04 p.m. – 2:37 p.m.  TOTAL: 1 Hour, 33 Minutes